# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  22-CR-1105-JLS |
| Plaintiff, | |
| v. | Order to Continue Sentencing Hearing |
| GUILLERMO SALAZAR, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Mr. Salazar's sentencing hearing be continued from September 30, 2022 to October 28, 2022, at 9:00 a.m.

**SO ORDERED.**

Dated:  September 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge